# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW HILL,<br><br>        Plaintiff,<br><br>vs.<br><br>R.M. GALICIA, INC. DBA PROGRESSIVE MANAGEMENT SYSTEMS,<br><br>        Defendant. | Case No. 15-cv-1877 JAH (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR STIPULATION OF DISMISSAL OF THE CASE WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Based upon the parties filing of their Joint Stipulation pursuant to FRCP 41(a)(1)(A)(ii) for dismissal of the case with prejudice, and for good cause appearing, the Court GRANTS the Joint Motion for Stipulation of Dismissal. This action is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: December 28, 2015

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE